AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**LORENZO TURNER    NICOLE V. JONES**

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __October 19, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and aiding and abetting.**

in violation of Title __21 & 18__ United States Code, Section(s) __841(a)(1) and 2__ .

I further state that I am __OFFICER ANITA MAULFAIR__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ANITA MAULFAIR**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                                                                          City and State

_____       _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer

**STATEMENT OF FACTS**

On October 19, 2006, sworn officers with the Metropolitan Police Department's Sixth District Focus Mission Team executed a D.C. Superior Court search warrant at xxxx X Xxxxxx, X.X., Xxx. xxx, Xxxxxxxxxx, X.X. When officers entered the apartment, they saw defendant, Lorenzo Turner, dive out of the bedroom window and defendant Jones was in the kitchen. Defendant Turner was stopped a short time later. A search of the premises was conducted and recovered from the master bedroom was a loaded .380 caliber handgun, a sawed-off Remington 12 gauge shotgun with rounds of 12 gauge ammo in the magazine, 24 grams of a white powder substance, 46.5 grams or a white rock-like substance, 256 grams of a green weed-like substance, 4 scales with residue, multiple empty ziplock bags, white paper rolled up with multiple green seeds, and 4 razor blades. The white rock-like substance appeared to be crack cocaine. Officers placed both defendants under arrest. A portion of the white powder substance field tested positive for cocaine, a portion of the white rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. Defendant Turner is the leasee of the apartment, and defendant Jones admitted that she lives there with him.

_____
OFFICER ANITA MAULFAIR
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF OCTOBER, 2006.

_____
U. S. MAGISTRATE JUDGE